As to all other merchandise, this appeal for reappraisement is dismissed.

Judgment will be entered accordingly.

**REHEARING MOTION GRANTED**

JUNE 15, 1965

Reap. Dec. 11028.—Heidl's, Inc. *v.* United States, Reappraisements dismissed May 25, 1965. ██ Motion by plaintiff.